

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

FAGAN DICKSON
FIRST ASSISTANT

January 29, 1949

Hon. John C. Bianchi
County Auditor
Victoria County
Victoria, Texas

Opinion No. V-764.

Re: Maximum compensation of
County Auditor who is al-
so acting as Purchasing
Agent for the County.

Dear Sir:

Your request for an opinion is in part as
follows:

"Please give me an opinion covering
the maximum salary of the Auditor of Vic-
toria County, who is also acting and per-
forming the duties of Purchasing Agent."

Victoria County had a population of 23,741
inhabitants according to the 1940 Federal Census and
an assessed valuation of $33,693,750.00 according to
the last approved tax rolls.

Article 1646 V. C. S. is therefore applica-
ble to Victoria County. It provides as follows:

"When the Commissioners' Court of a
county . . . shall determine that an Audi-
tor is a public necessity . . . and shall
enter an order upon the minutes of said
Court . . . and shall cause such order to
be certified to the District Judge or Dis-
trict Judges . . . said Judge or Judges
shall . . . appoint a County Auditor . . .
who shall qualify and perform all the du-
ties required of County Auditors by the
laws of this State, and who shall receive
as compensation for his services as Coun-
ty Auditor an annual salary of not more
than the annual total compensation and/or
salary allowed or paid the Assessor and
Collector of Taxes in his county, and not
less than the annual salary allowed such
County Auditor under the General Law pro-

Hon. John C. Bianchi, page 2 (V-764)

vided in Article 1645, Revised Civil Statutes, as said Article existed on January 1, 1940, such salary of the County Auditor to be determined and fixed by the District Judge or District Judges having jurisdiction in the county, a majority thereof ruling, said annual salary to be paid monthly out of the general fund of the county."

In view of the plain provisions of Article 1646 the County Auditor cannot be paid a salary in excess of the amount of compensation "allowed or paid the Assessor-Collector of Taxes." The salary of the Assessor-Collector of Taxes of Victoria County is governed by Section 13 of Article 3912e V. C. S., which reads in part as follows:

"Each of said officers shall be paid in money an annual salary in twelve (12) equal installments of not less than the total sum earned as compensation by him in his official capacity for the fiscal year 1935, and not more than the maximum amount allowed such officer under laws existing on August 24, 1935; provided that in counties having a population of twenty thousand (20,000) and less than thirty-seven thousand five hundred (37,500) according to the last preceding Federal Census, and having an assessed valuation in excess of Fifteen Million ($15,000,000.00) Dollars, according to the last approved preceding tax roll of such county the maximum amount allowed such officers as salaries may be increased one (1%) per cent for each One Million ($1,000,000.00) Dollars valuation or fractional part thereof, in excess of said Fifteen Million ($15,000,000.00) Dollars valuation over and above the maximum allowed such officers under laws existing on August 24, 1935; . . ."

The maximum amount of compensation that may be allowed the Assessor-Collector in Victoria is $4,-372.50. We arrive at this figure as follows:

The maximum amount allowed under Articles 3883 and 3891, V. C. S., as they existed on August 24, 1935, was $3,000.00. Since Victoria County has an

Hon. John C. Bianchi, page 3 (V-764)


assessed valuation of $33,693,750.00, the County offi-
cers may receive an increase of $570.00 (19% of $3,000.-
00).

Under the provisions of subdivision (e) of
Section 13 of Article 3912e the Commissioners' Court
may allow an additional increase not to exceed 25% of
the sum allowed under the law for the fiscal year 1944.
Since Victoria County had an assessed valuation in
1943 of $21,180,340.00, the sum allowed under the law
for the county officers in 1944 was $3,210.00 ($3,000.-
00 plus $210.00 or 7% of $3,000.00). Under subdivision
(e) of Section 13 of Article 3912e the Commissioners'
Court may allow the county officers an additional in-
crease of $802.50 (that being 25% of $3,210.00). There-
fore, the maximum in 1949 is $4,372.50 (base salary of
$3,000.00 plus $570.00 increase based on 1948 assessed
valuation plus $802.50 increase based on 25% of maximum
allowed in 1944)

We are not informed whether the Tax Assessor-
Collector is actually allowed or paid the maximum of
$4,372.50. If the Assessor-Collector is paid this
amount, the maximum that may be paid the County Auditor
under the provisions of Article 1646 would be $4,372.50.
If the Assessor-Collector is paid a salary less than
$4,372.50, the County Auditor could not be paid $4,372.50,
but only the amount allowed or paid the Assessor-Collect-
or.

Your question relative to whether the County
Auditor is entitled to additional compensation when he
acts as Purchasing Agent for the county is answered by
Attorney General's Opinion No. 0-1338 wherein it is
stated:

"The powers and duties of a County Au-
ditor are variously defined in Articles 1651
through 1676a. . . . Nowhere is the Auditor
authorized to act as Purchasing Agent under
the Texas statute.

". . . there is no method under the
statutes whereby extra compensation could
be provided for the County Auditor upon
his acting in such additional capacity as
the Purchasing Agent.

"Therefore, the duty of acting as Purchasing Agent, not being prescribed by law, incident to the office of County Auditor, and no additional compensation being allowable therefor, you are respectfully advised that it is the opinion of this department that a County Auditor, appointed under Articles 1646 and 1647, could not be directed to act also in the capacity of Purchasing Agent for the county."

### SUMMARY

The maximum salary which may be paid the County Auditor of Victoria County is that sum which is allowed or paid the Assessor-Collector of Taxes in his county. If the Assessor-Collector is paid the maximum allowed under Article 3912e, Section 13, V. C. S., the maximum salary which may be paid the County Auditor would be $4,372.50 per annum. Article 1646 V. C. S. The County Auditor is not entitled to additional compensation for acting as Purchasing Agent for the County. Attorney General's Opinion No. O-1338.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

JR:bh

By John Reeves
Assistant

APPROVED

FIRST ASSISTANT
ATTORNEY GENERAL